UNITED STATES DISTRICT COURT
<u>WESTERN DISTRICT OF NEW YORK</u>

UNITED STATES OF AMERICA,

        Plaintiff,

    -v-                                              11-CV-0848-S

ONE 2006 JEEP GRAND CHEROKEE LAREDO
VIN: 1J4GR48K26C222400,

        Defendant.

## **ORDER FOR SALE OF DEFENDANT VEHICLE AND FORFEITURE**

Based upon the terms and conditions of the Stipulation for Sale of Defendant Vehicle previously filed in the above captioned litigation and after review and due deliberation, and all previously filed pleadings, it is hereby

ORDERED, that the defendant vehicle, One 2006 Jeep Grand Cherokee, Vehicle Identification Number, 1J4GR48K26C222400, shall be sold by the United States Marshals Service in an economical and reasonable manner; and it is further

ORDERED, upon the sale of the defendant vehicle, the United States Marshals Service shall deduct its lawful costs and expenses relating to its custody, storage, maintenance, repair and any other reasonable costs related to the seizure and sale of the defendant vehicle, and said proceeds shall be substituted as the defendant <u>res</u> property in this civil <u>in rem</u> forfeiture proceeding in lieu of the defendant vehicle; and it is further

ORDERED, that from the net sales proceeds, fifty percent (50%) of said proceeds shall be returned and remitted by the United States Marshals Service to the claimant, Anthony Tomaino; and it is further

ORDERED, that the remaining fifty percent (50%) of the net sales proceeds shall be forfeited to the United States pursuant to Title 21, United States Code, Section 881(a)(4) and shall be disposed of according to law, and it is further

ORDERED, the Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

**SO ORDERED.**

DATED:   November 22, 2013.
         Buffalo, NY

                                                      s/William M. Skretny
                                              WILLIAM M. SKRETNY
                                                      Chief Judge
                                        United States District Court